B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>EL PASO DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>DHC Realty, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>fdba DHC Realty, LP | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-0119951** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**301 Williams**<br>**El Paso, TX**<br>ZIP CODE **79901** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):
**7942 Gateway East, El Paso, Texas 79915; 5030 North Desert Blvd., El Paso, Texas 79912; 1887 North Zaragosa, El Paso, Texas**   ZIP CODE **79936**

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **DHC Realty, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box.)**

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes.)**

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.3.1, ID 41985*

B1 (Official Form 1) (4/10)  Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): DHC Realty, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Corey W. Haugland          Bar No. 09234200

James & Haugland, P.C.
P.O. Box 1770
El Paso, Texas 79949-1770

Phone No. (915) 532-3911       Fax (915) 541-6440

May 23, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

DHC Realty, LLC

X _David Chowaiki_
Signature of Authorized Individual

David Chowaiki
Printed Name of Authorized Individual

President
Title of Authorized Individual

5/23/2011
Date

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **DHC REALTY, LLC** | § | **Case No. 11-_____** |
| | § | |
| **Debtor.** | § | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, David Chowaiki, declare under penalty of perjury that I am the President of DHC REALTY, LLC (hereinafter referred to as the "Company"), and that on _____, 2011, the following resolution was duly adopted by DHC REALTY, LLC:

"WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court, Western District of Texas, El Paso Division, pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that, David Chowaiki, President of this Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that, David Chowaiki, President of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that, David Chowaiki, President of this Company, is authorized and directed to employ Corey W. Haugland, attorney and the law firm of James & Haugland, P.C. to represent the Company in such bankruptcy case."

**Executed** on this 23rd day of May, 2011.

**DHC REALTY, LLC**


David Chowaiki, President

419067.1

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:   DHC Realty, LLC                                          CASE NO

                                                                 CHAPTER   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and
    that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for
    services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case
    is as follows:

    For legal services, I have agreed to accept:                              $31,029.00
    Prior to the filing of this statement I have received:                    $31,029.00
    Balance Due:                                                                   $0.00

2.  The source of the compensation paid to me was:
    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor            ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
       associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or
       associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the
       compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
    bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Counsel is representing the Debtor, Basic Sports Apparel, Inc. and Spira Sportswear, LLC in an adversary against
    GECU, et al. and has received a $5,000.00 retainer from Basic Sports Apparel, Inc.**

---

CERTIFICATION
    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

May 23, 2011                          _Corey W. Haugland_              Bar No.  09234200
_____                       Corey W. Haugland
    _Date_                            James & Haugland, P.C.
                                      P.O. Box 1770
                                      El Paso, Texas 79949-1770
                                      Phone: (915) 532-3911 / Fax: (915) 541-6440

---

_David Chowaiki_
**David Chowaiki**
**President**

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re  DHC Realty, LLC

Case No.

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $8,000,000.00 | | |
| B - Personal Property | Yes | 5 | $1,597,894.40 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $4,649,384.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $3,257,340.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 17 | $9,597,894.40 | $7,906,724.12 | |

B6A (Official Form 6A) (12/07)

In re   DHC Realty, LLC                                    Case No. _____

                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 7942 Gateway East, El Paso, TX 79915 (Value includes personalty; amount of secured claim includes equipment and land loans). | Fee Simple | | $2,700,000.00 | $1,300,534.58 |
| 5030 North Desert Blvd., El Paso, TX 79912 (Value includes personalty; amount of secured claim includes equipment and land loans). | Fee Simple | | $2,700,000.00 | $1,413,987.97 |
| 1887 North Zaragosa, El Paso, Texas 79936 (Value includes personalty; amount of secured claim includes equipment and land loans). | Fee Simple | | $2,600,000.00 | $1,610,341.19 |
| | | Total: | $8,000,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  DHC Realty, LLC                                    Case No. _____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | GECU Bank Acct #825XXXX<br><br>GECU Member Account #47XXXX<br><br>Chase Acct #XXXXX2389 | $9.43<br><br>$20.22<br><br>$228.13 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  DHC Realty, LLC                                        Case No. _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Due from Fuddruckers East | $240,000.00 |
| | | Due from Fuddruckers Far East | $405,948.30 |
| | | Due from Fuddruckers West | $313,638.53 |
| | | Due from DHC Ralner, LLC | $10.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   DHC Realty, LLC                                      Case No. _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Loan Origination Fees<br><br>Claim against K Simon Construction of Texas, Inc. Actual damages: $150,000.00 plus DTPA trebling and attorney's fees. | $59,415.30<br><br>$150,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  DHC Realty, LLC                                      Case No.  _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Trailer Equipment (Catering Trailers) | $15,653.10 |
| | | Box Tail Truck | $6,757.49 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture, fixtures and Restaurant Decor | $42,937.15 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment located at 7942 Gateway East, El Paso, Texas; Equipment located at 5030 N. Desert Blvd., El Paso, Texas 79912; and, Equipment located at 1887 North Zaragosa, El Paso, Texas 79936* *the total book value of the equipment is $883,881.42 and is contained in the value stated in Schedule A | $0.00 |
| | | Equipment Located at 5030 N. Desert Blvd., El Paso, Texas 79912 | $113,159.59 |
| | | Equipment Located at 1887 North Zaragosa, El Paso, Texas 79936 | $137,674.66 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  DHC Realty, LLC                                    Case No. _____
                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Neon Signs | $112,442.50 |

_____4_____ continuation sheets attached

**Total >**  $1,597,894.40

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  DHC Realty, LLC                                     Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Land & Equipment 7942 Gateway East,**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $60,332.01 | $60,332.01 |
| ACCT #:<br><br>City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Land & Equipment located at 5030 N. D**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $115,686.57 | $115,686.57 |
| ACCT #:<br><br>City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Land & Equipment at 1887 N. Zaragosa**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $84,069.45 | $84,069.45 |
| ACCT #: xxxx2940<br><br>GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**7942 Gateway East, El Paso, Texas**<br>REMARKS:<br><br>VALUE: $0.00 | X | X | X | $1,206,954.24 | $1,206,954.24 |
| | | Subtotal (Total of this Page) > | | | | $1,467,042.27 | $1,467,042.27 |
| | | Total (Use only on last page) > | | | | | |

____2____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6D (Official Form 6D) (12/07) - Cont.

In re __DHC Realty, LLC__                     Case No. _____
                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx2941<br><br>GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**Restaurant Equipment located at 7942**<br>REMARKS:<br><br>VALUE: $0.00 | X | X | X | $93,580.34 | $93,580.34 |
| ACCT #: xxxx2944<br><br>GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**5030 N. Desert Blvd., El Paso, TX 7**<br>REMARKS:<br><br>VALUE: $0.00 | X | X | X | $1,298,128.69 | $1,298,128.69 |
| ACCT #: xxxx2945<br><br>GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**Equipment Located at 5030 N. Desert E**<br>REMARKS:<br><br>VALUE: $0.00 | X | X | X | $116,799.59 | $116,799.59 |
| ACCT #: xxxx2942<br><br>GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**1887 N. Zaragosa, El Paso, Texas 7**<br>REMARKS:<br><br>VALUE: $0.00 | X | X | X | $1,533,669.83 | $1,533,669.83 |

Sheet no. __1__ of 2_____  continuation sheets attached      Subtotal (Total of this Page) >   $3,042,178.45 | $3,042,178.45
to Schedule of Creditors Holding Secured Claims      Total (Use only on last page) >

| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |

B6D (Official Form 6D) (12/07) - Cont.

In re  DHC Realty, LLC

Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx2943<br><br>**GECU**<br>**1225 Airway Blvd.**<br>**El Paso, TX 79925** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**Equipment located at 1887 Zaragos**<br>REMARKS:<br><br><br>VALUE:    **$0.00** | X | X | X | $140,163.40 | $140,163.40 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Sheet no. __2__ of 2_____ continuation sheets attached

to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $140,163.40 | $140,163.40 |
| Total (Use only on last page) > | $4,649,384.12 | $4,649,384.12 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |

B6E (Official Form 6E) (04/10)

In re DHC Realty, LLC        Case No. _____

                                                                     (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____ **No** _____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    DHC Realty, LLC                                    Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Abraham Chowaiki<br>1037 Singing Hills<br>El Paso, TX 79912 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $160,250.31 |
| ACCT #:<br>Basic Sports Apparel, Inc.<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $1,008,026.23 |
| ACCT #:<br>Chowaiki Holdings, LLC<br>301Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $31,966.99 |
| ACCT #:<br>Comptroller Public Account<br>P.O. Box 149348<br>Austin, TX 78714-9348 | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>David Aelvoet<br>Linbarger, Goggan, Blair<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>David Chowaiki<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $231,478.96 |

Subtotal > $1,431,722.49

____3____ continuation sheets attached

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    DHC Realty, LLC                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> El Paso DHC Enterprises, LLC <br> 301 Williams <br> El Paso, TX 79901 | | DATE INCURRED: <br> CONSIDERATION: <br> **Loans** <br> REMARKS: | | | | $290,346.30 |
| ACCT #: <br> El Paso Central Appraisal District <br> 5801 Trowbridge <br> El Paso, TX 79925 | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> El Paso DHC Ent. Far East <br> 301 Williams <br> El Paso, TX 79901 | | DATE INCURRED: <br> CONSIDERATION: <br> **Loans** <br> REMARKS: | | | | $42,184.96 |
| ACCT #: <br> El Paso DHC Ent. West <br> 301 Williams <br> El Paso, TX 79901 | | DATE INCURRED: <br> CONSIDERATION: <br> **Loans** <br> REMARKS: | | | | $16,141.04 |
| ACCT #: xxxx4040 <br> GECU <br> 1225 Airway Blvd. <br> El Paso, TX 79925 | | DATE INCURRED: <br> CONSIDERATION: <br> **Other** <br> REMARKS: <br> Guaranty of Basic Sports Apparel, Inc. Line of Credit | X | X | X | $1,300,000.00 |
| ACCT #: <br> Hilel Chowaiki <br> 301 Williams <br> El Paso, TX 79901 | | DATE INCURRED: <br> CONSIDERATION: <br> **Loans** <br> REMARKS: | | | | $37,972.52 |

Sheet no. __1__ of __3__ continuation sheets attached to                    Subtotal >          $1,686,644.82
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                Total >
                                             (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    DHC Realty, LLC                                        Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA  19101-7346** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Nadia Nahmed**<br>**1037 Singing Hills**<br>**El Paso, TX 79912** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | $134,972.69 |
| ACCT #:<br>**Spira Sportswear, LLC**<br>**301 Williams**<br>**El Paso, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | $4,000.00 |
| ACCT #:<br>**Texas Workforce Commission**<br>**TEC Building - Bankruptcy**<br>**101 East 15th Street**<br>**Austin, TX 78778** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**United States Attorney**<br>**601 N.W. Loop 410, Suite 600**<br>**San Antonio, Texas 78216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Ave. N.W.**<br>**Washington, D.C. 20530** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |

Sheet no.  __2__  of 3 _____ continuation sheets attached to          Subtotal >          $138,972.69
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                Total >
                                          (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    DHC Realty, LLC                                        Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**United States Trustee**<br>**P.O. Box 1539**<br>**San Antonio, TX 78295** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trustee**<br>REMARKS: | | | | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. __3__ of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $0.00 |
|---|---|---|
| | Total > | $3,257,340.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  DHC Realty, LLC                           Case No. _____

                                                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **El Paso DHC Ent. Far East**<br>301 Williams<br>El Paso, TX 79901 | Lease of 1887 North Zaragosa El Paso, TX 79936 |
| **El Paso DHC Ent. West**<br>301 Williams<br>El Paso, TX 79901 | Lease of 5030 N. Desert, El Paso, TX 79912 |
| **El Paso DHC Ent., LLC**<br>301 Williams<br>El Paso, TX 79901 | Lease of 7942 Gateway East, El Paso, TX |

B6H (Official Form 6H) (12/07)

In re  **DHC Realty, LLC**

Case No. _____
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor
in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Ent. Far East**<br>301 Williams<br>El Paso, TX 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |

B6H (Official Form 6H) (12/07) - Cont.

In re  DHC Realty, LLC                                        Case No. _____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **El Paso DHC Ent. Far East**<br>301 Williams<br>El Paso, TX 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Ent. West**<br>301 Williams<br>El Paso, TX 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Ent. West**<br>301 Williams<br>El Paso, TX 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Enterprises**<br>301 Williams<br>El Paso, TX 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Enterprises**<br>301 Williams<br>El Paso, TX 79901 | **GECU**<br>1225 Airway Blvd.<br>El Paso, TX 79925 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  DHC Realty, LLC                                                          Case No. _____

                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____*President*_____ of the _____Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____18_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date ___5/23/2011___                        Signature ___David Chowaiki_____

                                                                    *David Chowaiki*
                                                                    *President*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  DHC Realty, LLC

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|---|---|
| $639,007.69 | 2009 Income |
| $604,312.05 | 2010 Income |
| $182,813.94 | 2011 Income (to May 14, 2011) |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse

### 3. Payments to creditors

**Complete a. or b., as appropriate, and c.**

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit 3b. Attached | | | |

None ☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors

who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit 3c. attached | | | |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  DHC Realty, LLC

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this

bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| K Simon Construction of Texas, Inc. vs. DHC Realty, LLC f/k/a DHC Realty, LP and El Paso DHC Enterprises, LLC f/k/a El Paso DHC Enterprises, LP; Case Number 2010-3271 | Suit on Contract; Counterclaim; Breach of Contract and DTPA | County Court at Law Number Three, El Paso County, Texas | Pending |

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding

the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

---

None ☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned

to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must

---

None ☑

### 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the

commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

---

None ☑

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual

gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

None ☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the

commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re:   DHC Realty, LLC

Case No. _____
                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt

consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James & Haugland, P.C.<br>P.O. Box 1770<br>El Paso, Texas 79949-1770 | | $31,029.00 |

---

None ☑

### 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

None ☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise

transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,

certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

None ☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately

preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or

---

None ☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this

case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

---

None ☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None ☑

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied

during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:   DHC Realty, LLC

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,

Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic

substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or

regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated

by the debtor, including, but not limited to, disposal sites.

---

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or

potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if

---

None ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

---

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

---

**18. Nature, location and name of business**

None ☑

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,

sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the

commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately

preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six

---

None ☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re:  DHC Realty, LLC                                          Case No. _____
                                                                                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of

more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or

self-employed in a trade, profession, or other activity, either full- or part-time.

## 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Robert G. Torres & Company, CPA** | **2009 to Current** |
| **121 Paragon Lane** | |
| **El Paso, Texas 79912** | |

None ☐  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Robert G. Torres & Company, CPA** | **2009 to Current** |
| **121 Paragon Lane** | |
| **El Paso, Texas 79912** | |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

| NAME | ADDRESS |
|---|---|
| **Robert G. Torres & Company, CPA** | **121 Paragon Lane** |
| | **El Paso, Texas 79912** |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **GECU** | |
| **1225 Airway Blvd.** | |
| **El Paso, TX 79925** | |

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

B7 (Official Form 7) (04/10) – Cont.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: DHC Realty, LLC

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAG OF STOCK OWNERSHIP |
|---|---|---|
| Chowaiki Holdings, LLC<br>301 Willaims<br>El Paso, TX 79901 | David Chowaiki, President<br>Hilel Chowaiki, Secretary | 100% |

### 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

None ☑    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,

bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the

### 24. Tax Consolidation Group

None ☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax

purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the

### 25. Pension Funds

None ☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___5 / 23 / 2011___     Signature ___David Chowaiki___

David Chowaiki
*President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
18 U.S.C. §§ 152 and 3571

9:16 AM

05/16/11

Accrual Basis

# DHC Realty
# Check Register
## As of May 14, 2011

| Date | Num | Name | Amount |
|------|-----|------|--------|
| **1002 · First Savings Bank - 7000341809** | | | |
| Total 1002 · First Savings Bank - 7000341809 | | | |
| **1004 · GECU Acct 8256882** | | | |
| 2/24/2011 | 6219 | GECU | -10,049.57 |
| 2/24/2011 | 6220 | GECU | -2,164.59 |
| 2/24/2011 | 6221 | GECU | -12,740.08 |
| 2/24/2011 | 6222 | GECU | -3,245.58 |
| 2/24/2011 | 6223 | GECU | -10,843.01 |
| 2/24/2011 | 6224 | GECU | -2,667.71 |
| 3/23/2011 | 6225 | QS Tech, LLP | -3,500.00 |
| 3/25/2011 | 6226 | GECU | -10,049.60 |
| 3/25/2011 | 6227 | GECU | -2,164.59 |
| 3/25/2011 | 6228 | GECU | -12,740.08 |
| 3/25/2011 | 6229 | GECU | -3,245.58 |
| 3/25/2011 | 6230 | GECU | -10,843.01 |
| 3/25/2011 | 6231 | GECU | -2,667.71 |
| 4/21/2011 | 6232 | Blanco Ordoñez & ... | -2,000.00 |
| 4/25/2011 | 6233 | GECU | -2,164.59 |
| 4/25/2011 | 6234 | GECU | -12,740.08 |
| 4/25/2011 | 6235 | GECU | -3,245.58 |
| 4/25/2011 | 6236 | GECU | -10,843.01 |
| 4/25/2011 | 6237 | GECU | -2,667.71 |
| 4/25/2011 | 6238 | GECU | -10,049.60 |
| Total 1004 · GECU Acct 8256882 | | | -130,631.68 |
| **TOTAL** | | | **-130,631.68** |

**EXHIBIT**

tabbies®  3b.

**DHC Realty**
**Check Register**
**As of May 14, 2011**

1:26 PM
05/17/11
Accrual Basis

| Date | Num | Name | Amount |
|------|-----|------|--------|
| **1002 · First Savings Bank - 7000341809** | | | |
| Total 1002 · First Savings Bank - 7000341809 | | | |
| **1004 · GECU Acct 8256882** | | | |
| 5/18/2010 | 6136 | GECU | -10,025.68 |
| 5/18/2010 | 6137 | GECU | -2,169.48 |
| 5/18/2010 | 6138 | GECU | -3,237.85 |
| 5/18/2010 | 6139 | GECU | -2,661.36 |
| 6/3/2010 | 6140 | K. Simon Constructi... | -30,000.00 |
| 6/9/2010 | 6141 | GECU | -10,843.01 |
| 6/16/2010 | 6142 | K. Simon Constructi... | 0.00 |
| 6/29/2010 | 6143 | G.E.C.U. | -23.92 |
| 6/29/2010 | 6144 | G.E.C.U. | -10.05 |
| 6/29/2010 | 6145 | G.E.C.U. | 0.00 |
| 6/29/2010 | 6146 | G.E.C.U. | -154.55 |
| 6/29/2010 | 6147 | G.E.C.U. | -127.03 |
| 6/29/2010 | 6148 | GECU | -10,025.68 |
| 6/29/2010 | 6149 | GECU | -12,740.08 |
| 6/29/2010 | 6150 | GECU | -10,843.01 |
| 6/29/2010 | 6151 | GECU | -12,740.08 |
| 6/30/2010 | 6152 | GECU | -10,049.60 |
| 6/30/2010 | 6153 | GECU | -10,049.60 |
| 6/30/2010 | 6154 | GECU | -10,843.01 |
| 6/30/2010 | 6155 | GECU | -10,843.01 |
| 6/30/2010 | 6156 | GECU | -12,740.08 |
| 6/30/2010 | 6157 | GECU | -12,740.08 |
| 7/8/2010 | 6158 | K. Simon Constructi... | -21,917.81 |
| 7/20/2010 | 6159 | GECU | -2,154.54 |
| 7/20/2010 | 6160 | GECU | -3,091.03 |
| 7/20/2010 | 6161 | GECU | -2,540.68 |
| 7/20/2010 | 6162 | GECU | -2,164.59 |
| 7/20/2010 | 6163 | GECU | -3,245.58 |
| 7/20/2010 | 6164 | GECU | -2,667.71 |
| 7/29/2010 | 6166 | GECU | 0.00 |
| 7/29/2010 | 6167 | GECU | -2,667.71 |
| 7/29/2010 | 6168 | GECU | -3,245.58 |
| 7/30/2010 | 6165 | GECU | -2,164.59 |
| 8/2/2010 | 6169 | County Tax Assess... | -52.80 |
| 8/2/2010 | 6170 | County Tax Assess... | -52.80 |
| 8/25/2010 | 6171 | GECU | -9,571.05 |
| 8/25/2010 | 6172 | GECU | -2,061.51 |
| 8/25/2010 | 6173 | GECU | -12,133.41 |
| 8/25/2010 | 6174 | GECU | -3,091.03 |
| 8/25/2010 | 6175 | GECU | -10,326.68 |
| 8/25/2010 | 6176 | GECU | -2,540.68 |
| 8/25/2010 | 6177 | GECU | -9,571.05 |
| 8/25/2010 | 6178 | GECU | -2,061.51 |
| 8/25/2010 | 6179 | GECU | -12,133.41 |
| 8/25/2010 | 6180 | GECU | -3,091.03 |
| 8/25/2010 | 6181 | GECU | -10,326.68 |
| 8/25/2010 | 6182 | GECU | -2,540.68 |
| 9/24/2010 | 6183 | GECU | 0.00 |
| 9/24/2010 | 6184 | GECU | 0.00 |
| 9/24/2010 | 6185 | GECU | 0.00 |
| 9/24/2010 | 6186 | GECU | 0.00 |
| 9/24/2010 | 6187 | GECU | 0.00 |
| 9/24/2010 | 6188 | GECU | 0.00 |
| 9/24/2010 | 6189 | GECU | -2,667.71 |
| 9/24/2010 | 6190 | GECU | -10,843.01 |
| 9/24/2010 | 6191 | GECU | -3,245.58 |
| 9/24/2010 | 6192 | GECU | -12,740.08 |
| 9/24/2010 | 6193 | GECU | -10,049.60 |
| 9/24/2010 | 6194 | GECU | -2,164.59 |
| 10/25/2010 | 6195 | GECU | -2,164.59 |
| 10/25/2010 | 6196 | GECU | -2,667.71 |
| 10/25/2010 | 6197 | GECU | -3,245.58 |
| 10/25/2010 | 6198 | GECU | -10,049.60 |
| 10/25/2010 | 6199 | GECU | -12,740.08 |



EXHIBIT

tabbies®

3c.

1:26 PM
05/17/11
Accrual Basis

# DHC Realty
## Check Register
### As of May 14, 2011

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 10/25/2010 | 6200 | GECU | -10,843.01 |
| 11/24/2010 | eft 62... | GECU | -10,049.60 |
| 11/24/2010 | eft 62... | GECU | -2,164.59 |
| 11/24/2010 | eft 62... | GECU | -12,740.08 |
| 11/24/2010 | eft 62... | GECU | -3,245.58 |
| 11/24/2010 | eft 62... | GECU | -10,843.01 |
| 11/24/2010 | eft 62... | GECU | -2,667.71 |
| 12/23/2010 | 6207 | GECU | -10,049.60 |
| 12/23/2010 | 6208 | GECU | -2,164.59 |
| 12/23/2010 | 6209 | GECU | -12,740.08 |
| 12/23/2010 | EFT | GECU | -3,245.58 |
| 12/23/2010 | 6211 | GECU | -10,843.01 |
| 12/23/2010 | EFT | GECU | -2,667.71 |
| 1/25/2011 | 6213 | GECU | -10,049.63 |
| 1/25/2011 | 6214 | GECU | -2,164.59 |
| 1/25/2011 | 6215 | GECU | -12,740.08 |
| 1/25/2011 | 6216 | GECU | -3,245.58 |
| 1/25/2011 | 6217 | GECU | -10,843.01 |
| 1/25/2011 | 6218 | GECU | -2,667.71 |
| 2/24/2011 | 6219 | GECU | -10,049.57 |
| 2/24/2011 | 6220 | GECU | -2,164.59 |
| 2/24/2011 | 6221 | GECU | -12,740.08 |
| 2/24/2011 | 6222 | GECU | -3,245.58 |
| 2/24/2011 | 6223 | GECU | -10,843.01 |
| 2/24/2011 | 6224 | GECU | -2,667.71 |
| 3/23/2011 | 6225 | QS Tech, LLP | -3,500.00 |
| 3/25/2011 | 6226 | GECU | -10,049.60 |
| 3/25/2011 | 6227 | GECU | -2,164.59 |
| 3/25/2011 | 6228 | GECU | -12,740.08 |
| 3/25/2011 | 6229 | GECU | -3,245.58 |
| 3/25/2011 | 6230 | GECU | -10,843.01 |
| 3/25/2011 | 6231 | GECU | -2,667.71 |
| 4/21/2011 | 6232 | Blanco Ordoñez & ... | -2,000.00 |
| 4/25/2011 | 6233 | GECU | -2,164.59 |
| 4/25/2011 | 6234 | GECU | -12,740.08 |
| 4/25/2011 | 6235 | GECU | -3,245.58 |
| 4/25/2011 | 6236 | GECU | -10,843.01 |
| 4/25/2011 | 6237 | GECU | -2,667.71 |
| 4/25/2011 | 6238 | GECU | -10,049.60 |

Total 1004 · GECU Acct 8256882          -637,465.86

**TOTAL**          -637,465.86

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:   DHC Realty, LLC

CASE NO

CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___5/23/2011___

Signature ___David Chowaiki___

*David Chowaiki*
*President*

Date _____

Signature _____

Abraham Chowaiki
1037 Singing Hills
El Paso, TX 79912


Basic Sports Apparel, Inc.
301 Williams
El Paso, TX 79901


Chowaiki Holdings, LLC
301Williams
El Paso, TX 79901


City of El Paso
P.O. Box 2992
El Paso, TX 79999-2992


Comptroller Public Account
P.O. Box 149348
Austin, TX 78714-9348


David & Hilel Chowaiki
301 Williams
El Paso, Texas 79901


David Aelvoet
Linbarger, Goggan, Blair
711 Navarro, Suite 300
San Antonio, TX 78205

David Chowaiki
301 Williams
El Paso, TX 79901


El  Paso DHC Enterprises, LLC
301 Williams
El Paso, TX 79901

El Paso Central Appraisal District
5801 Trowbridge
El Paso, TX 79925


El Paso DHC Ent. Far East
301 Williams
El Paso, TX 79901


El Paso DHC Ent. West
301 Williams
El Paso, TX 79901


El Paso DHC Ent., LLC
301 Williams
El Paso, TX 79901


El Paso DHC Enterprises
301 Williams
El Paso, TX 79901


GECU
1225 Airway Blvd.
El Paso, TX 79925


Hilel Chowaiki
301 Williams
El Paso, TX 79901


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

Nadia Nahmed
1037 Singing Hills
El Paso, TX 79912


Spira Sportswear, LLC
301 Williams
El Paso, TX 79901


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778

United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216


United States Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

United States Trustee
P.O. Box 1539
San Antonio, TX 78295