B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: DHC Realty, LLC

Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | | Loans | Contingent<br>Unliquidated<br>Disputed | $1,533,669.83<br>Value: $0.00 |
| GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | | Other | Contingent<br>Unliquidated<br>Disputed | $1,300,000.00 |
| GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | | Loans | Contingent<br>Unliquidated<br>Disputed | $1,298,128.69<br>Value: $0.00 |
| GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | | Loans | Contingent<br>Unliquidated<br>Disputed | $1,206,954.24<br>Value: $0.00 |
| Basic Sports Apparel, Inc.<br>301 Williams<br>El Paso, TX 79901 | | Loans | | $1,008,026.23 |
| El Paso DHC Enterprises, LLC<br>301 Williams<br>El Paso, TX 79901 | | Loans | | $290,346.30 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

IN RE: DHC Realty, LLC

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| David Chowaiki<br>301 Williams<br>El Paso, TX 79901 | | Loans | | $231,478.96 |
| Abraham Chowaiki<br>1037 Singing Hills<br>El Paso, TX 79912 | | Loans | | $160,250.31 |
| GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | | Loans | Contingent<br>Unliquidated<br>Disputed | $140,163.40<br>Value: $0.00 |
| Nadia Nahmed<br>1037 Singing Hills<br>El Paso, TX 79912 | | Loans | | $134,972.69 |
| GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | | Loans | Contingent<br>Unliquidated<br>Disputed | $116,799.59<br>Value: $0.00 |
| City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | Taxes | | $115,686.57<br>Value: $0.00 |
| GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | | Loans | Contingent<br>Unliquidated<br>Disputed | $93,580.34<br>Value: $0.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE: DHC Realty, LLC

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | Taxes | | $84,069.45<br>Value: $0.00 |
| City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | Taxes | | $60,332.01<br>Value: $0.00 |
| El Paso DHC Ent. Far East<br>301 Williams<br>El Paso, TX 79901 | | Loans | | $42,184.96 |
| Hilel Chowaiki<br>301 Williams<br>El Paso, TX 79901 | | Loans | | $37,972.52 |
| Chowaiki Holdings, LLC<br>301 Williams<br>El Paso, TX 79901 | | Loans | | $31,966.99 |
| El Paso DHC Ent. West<br>301 Williams<br>El Paso, TX 79901 | | Loans | | $16,141.04 |
| Spira Sportswear, LLC<br>301 Williams<br>El Paso, TX 79901 | | Loans | | $4,000.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: DHC Realty, LLC

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __**President**__ of the __**Corporation**__ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 5/23/2011         Signature: *David Chowaiki*
                                    David Chowaiki
                                    President