IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DHC REALTY, LLC | § | Case No.11-30977 |
| | § | |
| Debtor. | § | |

## APPLICATION TO EMPLOY ATTORNEY

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

Comes now, the Application to Employ Attorney filed by DHC REALTY, LLC (hereinafter "DHC" or the "Applicant") and respectfully represents:

1. On the 23rd day of May, 2011, the Applicant filed a Petition herein under Chapter 11 of the Bankruptcy Code.

2. The Applicant has continued in possession of its property, and Applicant, as Debtor-in-Possession, wishes to employ James & Haugland, P.C., attorneys duly admitted to practice in this Court.

3. The Applicant has selected James & Haugland, P.C., and specifically Corey W. Haugland for the following reasons: James & Haugland, P.C. has considerable experience in matters of this character; James & Haugland, P.C. has previous Chapter 11 experience in handling matters of this character.

4. The offices of James & Haugland, P.C. are located at 609 Montana Avenue, El Paso, Texas 79902. The telephone number is (915) 532-3911; facsimile number is (915) 541-6440. The e-mail address for Corey W. Haugland is chaugland@jghpc.com.

5. Upon the Court's approval, the Applicant has paid the sum of $31,029.00 to James &

Haugland, P.C. as a retainer. The Applicant has agreed to pay an hourly rate to James & Haugland, P.C. as follows:

| | |
|---|---|
| Corey W. Haugland | $300.00 |
| Wiley F. James, III | $300.00 |
| Jamie T. Wall | $225.00 |
| Aldo R. Lopez | $175.00 |
| Paralegals | $95.00 |

6. The professional services that James & Haugland, P.C. are to render are:

   a) Analysis of the Applicant's financial situation, and rendering advice to the Applicant in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of the Voluntary Petition, Schedules, Statement of Financial Affairs, Plan of Reorganization and Disclosure Statement, as required;

   c) Representation of the Applicant at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the Applicant in adversary proceedings and other contested bankruptcy matters;

   e) To give the Applicant legal advice with respect to powers and duties as a Debtor-in-Possession;

   f) To prepare on behalf of the Applicant, as a Debtor-in-Possession, the necessary applications, answers, orders, reports and other papers;

   g) To help the Applicant with any necessary documents for the obtaining of post-petition credits, offsets, etc.; and

   h) To perform all of the legal services for the Applicant, as a Debtor-in-Possession, which may be necessary herein.

7. It is necessary for DHC, as a Debtor-in-Possession, to employ an attorney for such professional services.

8. To the best of the Applicant's knowledge, James & Haugland, P.C. has no connection with the creditors, or any other party in interest, or their respective attorneys or accountants.

9. The Applicant desires to employ James & Haugland, P.C. under a general retainer because

of the extensive legal services required.

10. James & Haugland, P.C. represents no interest adverse to the Applicant, as Debtor-in-Possession, to the Estate or any other party in interest, its respective attorneys and accountants, in matters upon which they are to be engaged for the Debtor-in-Possession.

11. The employment of James & Haugland, P.C. would be to the best interest of this Estate.

**WHEREFORE, PREMISES CONSIDERED,** DHC REALTY, LLC prays that it be authorized to employ and appoint James & Haugland, P.C., under general retainer, to represent it as Debtor-in-Possession in this proceeding under Chapter 11 of Title 11, U.S.C., and that it have such other and further relief as is just.

**DATED** this 23rd day May, 2011.

Respectfully submitted,

DHC REALTY, LLC

_____
David Chowaiki, President

### CERTIFICATE OF SERVICE

I, Corey W. Haugland, hereby certify that on the 23rd day of May, 2011, a true and correct copy of the *Application to Employ Attorney including Affidavit of Proposed Attorney* was sent to all parties listed on the attached Matrix.

_____
Corey W. Haugland

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In Re: §
 §
DHC REALTY, LLC § Case No.11- 30977
 §
Debtor. §
 §

## AFFIDAVIT OF PROPOSED ATTORNEY

THE STATE OF TEXAS )
 )
COUNTY OF EL PASO )

BEFORE ME, the undersigned authority, a notary public for the State of Texas, on this day personally appeared COREY W. HAUGLAND, known to me to be the person whose name is subscribed to this Affidavit of Proposed Attorney, and who, after being first sworn, on his oath did depose and say:

"I, COREY W. HAUGLAND, hereby make solemn oath:

1. I am an attorney and counselor at law, duly admitted to practice in the State of Texas and in this Court.

2. I am a shareholder in the law firm of James & Haugland, P.C., and maintain offices for the practice of law 609 Montana Avenue, El Paso, Texas 79902.

3. The firm has no connection with DHC REALTY, LLC, the above named Debtor, his creditors, or any other party in interest herein.

4. James & Haugland, P.C. represents no interest adverse to DHC REALTY, LLC as a Debtor-in-Possession herein or the Estate in the matters upon which the firm is to be engaged.

Further, Affiant sayeth naught."

_____
COREY W. HAUGLAND, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on this 23rd day of May, 2011 to certify which, witness my hand and seal of office.

_____
NOTARY PUBLIC in and for
The State of Texas

My Commission Expires:

JULIE A. BLAISDELL
NOTARY PUBLIC
In and for the State of Texas
My commission expires
April 20, 2013

Abraham Chowaiki
1037 Singing Hills
El Paso, TX 79912

El Paso DHC Ent. Far East
301 Williams
El Paso, TX 79901

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778

Basic Sports Apparel, Inc.
301 Williams
El Paso, TX 79901

El Paso DHC Ent. West
301 Williams
El Paso, TX 79901

United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

Chowaiki Holdings, LLC
301Williams
El Paso, TX 79901

El Paso DHC Ent., LLC
301 Williams
El Paso, TX 79901

United States Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

City of El Paso
P.O. Box 2992
El Paso, TX 79999-2992

El Paso DHC Enterprises
301 Williams
El Paso, TX 79901

United States Trustee
P.O. Box 1539
San Antonio, TX 78295

Comptroller Public Account
P.O. Box 149348
Austin, TX 78714-9348

GECU
1225 Airway Blvd.
El Paso, TX 79925

David & Hilel Chowaiki
301 Williams
El Paso, Texas 79901

Hilel Chowaiki
301 Williams
El Paso, TX 79901

David Aelvoet
Linbarger, Goggan, Blair
711 Navarro, Suite 300
San Antonio, TX 78205

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

David Chowaiki
301 Williams
El Paso, TX 79901

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

El Paso DHC Enterprises, LLC
301 Williams
El Paso, TX 79901

Nadia Nahmed
1037 Singing Hills
El Paso, TX 79912

El Paso Central Appraisal Distr
5801 Trowbridge
El Paso, TX 79925

Spira Sportswear, LLC
301 Williams
El Paso, TX 79901