IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DHC REALTY, LLC. | § | Case No. 11-30977-hcm |
| | § | |
| Debtor. | § | |

## NOTICE OF FILING AMENDMENT TO CREDITOR MATRIX

TO: THE UNITED STATES TRUSTEE, AND THE ATTACHED LIST OF CREDITORS AND PARTIES IN INTEREST:

Please take notice that the Debtor, DHC REALTY, LLC, (the "Debtor") filed its Amendment to the Creditor Matrix on the 22th day of June, 2011.

## AMENDMENT TO CREDITOR MAILING MATRIX

*Please take notice that the Debtor, DHC Realty, LLC, hereby amends its Matrix to add the following:*

### Addition to the Matrix

K Simon Construction of Texas
c/o Robert M. Lovein
109 River Oaks Drive, Ste. 100
Southlake, TX 76092

The Debtor attaches a copy of its Matrix Verification hereto as Exhibit 1.

A copy of the amendment to the Creditor Matrix is available for inspection at the Office of the U. S. Bankruptcy Clerk, 8515 Lockheed, El Paso, Texas, 79925, between the hours of 8:00 a.m.

and 4:00 p.m. This information is also available by utilizing the PACER system at http://ecf.txwb.uscourts.gov.

                        Respectfully submitted,

                        **JAMES & HAUGLAND, P.C.**
                        P.O. Box 1770
                        El Paso, Texas 79949-1770
                        Telephone: 915-532-3911
                        Facsimile: 915-541-6440

By: _____
     Corey W. Haugland
     State Bar No. 09234200
     Attorney for the Debtor
     DHC REALTY, LLC

## CERTIFICATE OF SERVICE

    I certify that on the 23rd day of June, 2011 a true and correct copy of the foregoing was served upon the following parties via electronic means as listed on the Court's ECF Noticing System and on the 23rd day of June, 2011, a true and correct copy of the foregoing was served via U.S. Mail to:

U. S. Trustee
615 E. Houston Street, Suite 533
P.O. Box 1539
San Antonio, Texas 78295-1539

K Simon Construction of Texas
c/o Robert M. Lovein
109 River Oaks Drive, Ste. 100
Southlake, TX 76092

And to All Creditors and Parties in Interest Pursuant to the Attached Creditors Matrix.

_____
Corey W. Haugland

In re DHC Realty, LLC
Case Number 11-30977

**Addition to the Matrix**

K Simon Construction of Texas
c/o Robert M. Lovein
109 River Oaks Drive, Ste. 100
Southlake, TX 76092

Abraham Chowaiki
1037 Singing Hills
El Paso, TX 79912

Basic Sports Apparel, Inc.
301 Williams
El Paso, TX 79901

Chowaiki Holdings, LLC
301 Williams
El Paso, TX 79901

City of El Paso
P.O. Box 2992
El Paso, TX 79999-2992

Comptroller Public Account
P.O. Box 149348
Austin, TX 78714-9348

David & Hilel Chowaiki
301 Williams
El Paso, Texas 79901

David Aelvoet
Linbarger, Goggan, Blair
711 Navarro, Suite 300
San Antonio, TX 78205

David Chowaiki
301 Williams
El Paso, TX 79901

El Paso DHC Enterprises, LLC
301 Williams
El Paso, TX 79901

El Paso Central Appraisal District
5801 Trowbridge
El Paso, TX 79925

El Paso DHC Ent. Far East
301 Williams
El Paso, TX 79901

El Paso DHC Ent. West
301 Williams
El Paso, TX 79901

El Paso DHC Ent., LLC
301 Williams
El Paso, TX 79901

El Paso DHC Enterprises
301 Williams
El Paso, TX 79901

GECU
1225 Airway Blvd.
El Paso, TX 79925

Hilel Chowaiki
301 Williams
El Paso, TX 79901

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

K Simon Construction of Texas
c/o Robert M. Lovein
109 River Oaks Drive, Ste. 100
Southlake, TX 76092

Nadia Nahmed
1037 Singing Hills
El Paso, TX 79912

Spira Sportswear, LLC
301 Williams
El Paso, TX 79901

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778

United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

United States Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

United States Trustee
P.O. Box 1539
San Antonio, TX 78295

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: DHC Realty, LLC          CASE NO   11-30977

CHAPTER   11

*AMENDED*
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   6/23/2011      Signature _____
*David Chowaiki*
*President*

Date _____      Signature _____



EXHIBIT "1"

In re DHC Realty, LLC
Case Number 11-30977

**Addition to the Matrix**

K Simon Construction of Texas
c/o Robert M. Lovein
109 River Oaks Drive, Ste. 100
Southlake, TX 76092