**MOR-1**

UNITED STATES BANKRUPTCY COURT

CASE NAME: DHC Realty, LLC
CASE NUMBER: 11-30977-HCM
PROPOSED PLAN DATE: _____

PETITION DATE: 05/23/11
DISTRICT OF TEXAS: Western
DIVISION: El Paso

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | May | June | July | August | September | YEAR 2011 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | | -34.12 | 44,945.15 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | | -34.12 | 23,392.44 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | | 34.12 | 39,749.22 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED | | | EXP. DATE |
|---|---|---|---|
| AS OF SIGNATURE DATE | | | |
| CASUALTY | YES X | NO ___ | 10/4/2011 |
| LIABILITY | YES X | NO ___ | 10/4/2011 |
| VEHICLE | YES X | NO ___ | 10/4/2011 |
| WORKER'S | YES ___ | NO X | |
| OTHER | YES X | NO ___ | 10/4/2011 |

CIRCLE ONE
Are all accounts receivable being collected within terms? Yes **No**
Are all post-petition liabilities, including taxes, being paid within terms? Yes **No**
Have all tax returns and other required government filings been timely paid? Yes **No**
Have any pre-petition liabilities been paid? Yes **No**
If so, describe
Are all funds received being deposited into Debtor in Possession bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization? In Progress

INITIALS _____
DATE _____
UST USE ONLY

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X_/s/ David Chowaiki_ TITLE: President
(ORIGINAL SIGNATURE)
David Chowaiki
(PRINT NAME OF SIGNATORY)
DATE _____  Revised 11/08/05

ATTORNEY NAME: Corey W. Haugland
FIRM NAME: James & Haugland, P.C.
ADDRESS: P.O. Box 1770
CITY, STATE, ZIP: El Paso, TX 79949-1770
TELEPHONE/FAX: (915) 532-3911/(915) 541-6440

MOR-1

CASE NAME: DHC Realty, LLC
CASE NUMBER: 11-30977-HCM

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 5/23/2011 | MONTH May-11 | MONTH Jun-11 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 257.81 | 473.69 | 5,724.47 | | | | |
| Accounts Receivable, Net | 959,596.83 | 959,596.83 | 959,596.83 | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 959,854.64 | 960,070.52 | 965,321.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 8,487,790.24 | 8,487,790.24 | 8,487,790.24 | | | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | | | | | |
| NET BOOK VALUE OF PP & E | 8,487,790.24 | 8,487,790.24 | 8,487,790.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | | |
| 2. GECU Claims | Unknown | Unknown | Unknown | | | | |
| 3. Electric Deposit | 0.00 | 0.00 | 0.00 | | | | |
| 4. K Simon Construction of Texas Inc | Unknown | Unknown | Unknown | | | | |
| **TOTAL ASSETS** | $9,447,644.88 | $9,447,860.76 | $9,453,111.54 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 11/08/05

CASE NAME: DHC Realty, LLC
CASE NUMBER: 11-30977-HCM

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 5/23/2011 | MONTH May-11 | MONTH Jun-11 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 0.00 | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 5,980,430.47 | 5,980,430.47 | 5,962,288.81 | | | | |
| Priority Debt | 0.00 | 0.00 | 0.00 | | | | |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | | | | |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | | | | |
| Unsecured Debt | 1,964,208.55 | 1,964,208.55 | 1,964,208.55 | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 7,944,639.02 | 7,944,639.02 | 7,926,497.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 7,944,639.02 | 7,944,639.02 | 7,926,497.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | | | | |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | | | | |
| RETAINED EARNINGS: Filing Date | 1,503,005.86 | | | | | | |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 1,503,221.74 | 1,526,614.18 | 0.00 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 1,503,005.86 | 1,503,221.74 | 1,526,614.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $9,447,644.88 | $9,447,860.76 | $9,453,111.54 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 11/08/05

CASE NAME: DHC Realty, LLC
CASE NUMBER: 11-30977-HCM

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>May-11 | MONTH<br>Jun-11 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 0.00 | 0.00 | | | | |
| State Payroll Taxes | 0.00 | 0.00 | | | | |
| Ad Valorem Taxes | 0.00 | 0.00 | | | | |
| Other Taxes | 0.00 | 0.00 | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 39,724.36 | 39,694.38 | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $39,724.36 | $39,694.38 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 11/08/05

CASE NAME: DHC Realty, LLC
CASE NUMBER: 11-30977-HCM

## AGING OF POST-PETITION LIABILITIES
MONTH June-11

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 39,694.38 | | | | | GECU |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $39,694.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | |
|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | | | | |
| 31-60 DAYS | 0.00 | | | | |
| 61-90 DAYS | 0.00 | | | | |
| 91+ DAYS | 0.00 | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

Revised 11/08/05

CASE NAME: DHC Realty, LLC
CASE NUMBER: 11-30977-HCM

## STATEMENT OF INCOME (LOSS)

| | MONTH May-11 | MONTH Jun-11 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | 45,000.00 | | | | | 45,000.00 |
| TOTAL COST OF REVENUES | 0.00 | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,000.00 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | 0.00 |
| General & Administrative | 0.00 | | | | | | 0.00 |
| Insiders Compensation | 0.00 | | | | | | 0.00 |
| Professional Fees | 0.00 | | | | | | 0.00 |
| Other | 34.12 | 54.85 | | | | | 88.97 |
| Other | 0.00 | 0.00 | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 34.12 | 54.85 | 0.00 | 0.00 | 0.00 | 0.00 | 88.97 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -34.12 | 44,945.15 | 0.00 | 0.00 | 0.00 | 0.00 | 44,911.03 |
| INTEREST EXPENSE | 0.00 | 21,552.72 | | | | | 21,552.72 |
| DEPRECIATION | 0.00 | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | -0.01 | | | | | -0.01 |
| OTHER ITEMS** | 0.00 | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 21,552.71 | 0.00 | 0.00 | 0.00 | 0.00 | 21,552.71 |
| NET INCOME BEFORE TAXES | -34.12 | 23,392.44 | 0.00 | 0.00 | 0.00 | 0.00 | 23,358.32 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($34.12) | $23,392.44 | $0.00 | $0.00 | $0.00 | $0.00 | $23,358.32 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 11/05/05

CASE NAME: DHC Realty, LLC
CASE NUMBER: 11-30977-HCM

| CASH RECEIPTS AND DISBURSEMENTS | MONTH May-11 | MONTH Jun-11 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $257.81 | $473.69 | | | | | $257.81 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | 0.00 | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | | | | | 0.00 |
| 6. OTHER (attach list) | 250.00 | 45,000.00 | | | | | 45,250.00 |
| TOTAL RECEIPTS** | 250.00 | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,250.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | 0.00 | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | 0.00 | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 0.00 | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | 0.00 | | | | | 0.00 |
| 12. INSURANCE | 0.00 | 0.00 | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | 0.00 | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | 0.00 | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | 0.00 | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | 0.00 | | | | | 0.00 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | 0.00 | 0.00 | | | | | 0.00 |
| 19. OTHER (attach list) | 34.12 | 39,749.22 | | | | | 39,783.34 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 34.12 | 39,749.22 | 0.00 | 0.00 | 0.00 | 0.00 | 39,783.34 |
| 20. PROFESSIONAL FEES | 0.00 | | | | | | 0.00 |
| 21. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 22. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 34.12 | 39,749.22 | 0.00 | 0.00 | 0.00 | 0.00 | 39,783.34 |
| 23. NET CASH FLOW | 215.88 | 5,250.78 | 0.00 | 0.00 | 0.00 | 0.00 | 5,466.66 |
| 24. CASH - END OF MONTH (MOR-2) | $473.69 | $5,724.47 | $0.00 | $0.00 | $0.00 | $0.00 | $5,724.47 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 11/08/05

CASE NAME: DHC Realty, LLC
CASE NUMBER: 11-30977-HCM

## CASH ACCOUNT RECONCILIATION
## MONTH OF June-11

| BANK NAME | Bank of the West | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 413XXXX | # | | # | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 5,724.47 | | | | $5,724.47 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $5,724.47 | $0.00 | $0.00 | $0.00 | $5,724.47 |
| BEGINNING CASH - PER BOOKS | 473.69 | | | | $473.69 |
| RECEIPTS* | 45,000.00 | | | | $45,000.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 39,749.22 | | | | $39,749.22 |
| ENDING CASH - PER BOOKS | $5,724.47 | $0.00 | $0.00 | $0.00 | $5,724.47 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 11/08/05*

CASE NAME: DHC Realty, LLC
CASE NUMBER: 11-30977-HCM

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 5/31/2011 | MONTH 6/30/2011 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. David Chowaiki | 0.00 | 0.00 | | | | |
| 2. Hilel Chowaiki | 0.00 | 0.00 | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 5/31/2011 | MONTH 6/30/2011 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

Revised 11/08/05