IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DHC REALTY, LLC. | § § § | Case No. 11-30977-hcm |
| Debtor. | § | |

INDEX OF ATTACHMENTS TO
THE DISCLOSURE STATEMENT

| | |
|---|---|
| Exhibit A | Plan of Reorganization |
| Exhibit 1 | Summary of 2011 Operations |
| Exhibit 2 | Projections for Operations |
| Exhibit 3 | Five Year Projections of Operations |
| Exhibit 4 | Amended Bankruptcy Schedules |
| Exhibit 5 | DHC Realty, LLC's 2010 Form 1065 U.S. Return of Partnership Income |