## El Paso DHC Enterprises Far East LLC, El Paso DHC Enterprises West LLC, El Paso DHC Enterprises LLC

### January through October 2011

| | Far East | West | East | TOTAL |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| Catering | 342,562.12 | 3,002.33 | 6,292.57 | 351,857.02 |
| Sales | 729,647.82 | 932,409.61 | 763,936.48 | 2,425,993.91 |
| **Total Income** | 1,072,209.94 | 935,411.94 | 770,229.05 | 2,777,850.93 |
| | | | | |
| **Cost of Goods Sold** | 405,802.32 | 364,856.85 | 299,620.26 | 1,070,279.43 |
| | | | | |
| **Gross Profit** | 666,407.62 | 570,555.09 | 470,608.79 | 1,707,571.50 |
| | | | | |
| **Expense** | | | | |
| Labor Cost | 260,308.69 | 233,579.42 | 211,428.13 | 705,316.24 |
| Repairs & Maintenance | 13,950.27 | 16,893.10 | 14,972.52 | 45,815.89 |
| Bank Charges | 378.08 | 0.00 | 0.00 | 378.08 |
| Finance Charges | 7,575.88 | 6,425.10 | 6,574.95 | 20,575.93 |
| Truck/Auto Expense | 9,357.65 | 1,632.20 | 2,049.86 | 13,039.71 |
| Equipment Expense | 7,726.35 | 7,032.48 | 4,092.74 | 18,851.57 |
| Dues, Fees & Subscriptions | 3,232.79 | 719.49 | 0.00 | 3,952.28 |
| Interest Expense | 456.85 | 0.00 | 0.00 | 456.85 |
| Contract Labor | 1,112.00 | 0.00 | 0.00 | 1,112.00 |
| Miscellaneous | 114.01 | 0.00 | 37.56 | 151.57 |
| Penalties | 1,015.19 | 559.13 | 171.44 | 1,745.76 |
| Insurance Expense | 11,162.57 | 11,178.05 | 11,406.27 | 33,746.89 |
| Licences / Permits | 1,447.25 | 0.00 | 0.00 | 1,447.25 |
| Management Fees - Chowaiki Hldg | 35,893.80 | 37,340.96 | 32,721.00 | 105,955.76 |
| Office Supplies | 762.48 | 44.12 | 70.55 | 877.15 |
| Small Wares | 560.74 | 311.11 | 149.15 | 1,021.00 |
| Outside Services | 5,095.97 | 4,464.62 | 4,139.90 | 13,700.49 |
| Professional Fees | 0.00 | 0.00 | 5,932.53 | 5,932.53 |
| Reconciliation Discrepancies | 0.06 | 0.25 | 21.89 | 22.20 |
| Royalty Fee | 40,577.73 | 43,792.47 | 36,370.62 | 120,740.82 |
| Rent - DHC Realty | 150,000.00 | 150,000.00 | 150,000.00 | 450,000.00 |
| Marketing | 8,712.83 | 6,779.95 | 6,385.08 | 21,877.86 |
| Utilities | 59,116.06 | 57,777.19 | 55,813.64 | 172,706.89 |
| Uniforms | 499.26 | 188.36 | 332.30 | 1,019.92 |
| Taxes | 47,235.25 | 73,284.37 | 54,908.26 | 175,427.88 |
| Travel & Entertainment | 48.73 | 111.74 | 93.96 | 254.43 |
| Licenses / Permits | 0.00 | 3,911.80 | 1,733.75 | 5,645.55 |
| Dues, Fees & Subscriptions | 0.00 | 0.00 | 353.40 | 353.40 |
| **Total Expense** | 666,340.49 | 656,025.91 | 599,759.50 | 1,922,125.90 |
| | | | | |
| **Net Ordinary Income** | 67.13 | (85,470.82) | (129,150.71) | (214,554.40) |
| | | | | |
| **Other Income/Expense** | | | | |
| Other Income | 2,617.16 | 2,153.45 | 5,742.88 | 10,513.49 |



EXHIBIT "1"

# El Paso DHC Enterprises Far East LLC,
# El Paso DHC Enterprises West LLC,
# El Paso DHC Enterprises LLC

## January through October 2011

| | | | | |
|---|---:|---:|---:|---:|
| Rebates | 10,892.53 | 9,877.54 | 9,743.97 | 30,514.04 |
| Total Other Income | 13,509.69 | 12,030.99 | 15,486.85 | 41,027.53 |
| Operating Income | 13,576.82 | (73,439.83) | (113,663.86) | (173,526.87) |
| Insurance Reimbursement | 0.00 | 0.00 | 32,649.98 | 32,649.98 |
| Net Income before Taxes | 13,576.82 | (73,439.83) | (81,013.88) | (140,876.89) |