# El Paso DHC Enterprises West, LLC
## Projection 2012

|  | West YTD 10/2011 | Actual 2010 Nov/Dec | Catering YTD 10/2011 | Proj 2011 | Proj 2012 Growth 5% |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| Catering | 3,002.33 | 330 | 348,854.69 | 421,137.55 | 442,194.43 |
| Operations | 932,409.61 | 193,868.94 | | 1,126,278.55 | 1,182,592.48 |
| **Total Income** | 935,411.94 | 194,198.94 | | 1,129,610.88 | 1,624,786.91 |
| **Cost of Goods Sold** | 364,856.85 | 77,043.92 | 139,541.88 | 581,442.65 | 597,052.88 |
| **Gross Profit** | 570,555.09 | 117,155.02 | 209,312.81 | 897,022.92 | 1,027,734.03 |
| | | | | | Growth Expenses |
| **Expense** | | | | | 3% |
| Labor Cost | 233,579.42 | 48,222.39 | 46021.26 | 327,823.07 | |
| Repairs & Maintenance | 16,893.10 | 12,270.59 | | 29,163.69 | |
| Bank Charges | 0.00 | - | | 0.00 | |
| Finance Charges | 6,425.10 | 487.59 | | 6,912.69 | |
| Truck/Auto Expense | 1,632.20 | 717.49 | | 2,349.69 | |
| Equipment Expense | 7,032.48 | 1,755.49 | | 8,787.97 | |
| Dues, Fees & Subscriptions | 719.49 | 165.88 | | 885.37 | |
| Interest Expense | 0.00 | 4,406.24 | | 4,406.24 | |
| Contract Labor | 0.00 | | | 0.00 | |
| Miscellaneous | 0.00 | | | 0.00 | |
| Penalties | 559.13 | - | | 559.13 | |
| Insurance Expense | 11,178.05 | 5,373.35 | | 16,551.40 | |
| Licences / Permits | 3,911.80 | 1,520.00 | | 5,431.80 | |
| Management Fees | 37,340.96 | 6,043.30 | | 43,384.26 | |
| Office Supplies | 44.12 | 30.98 | | 75.10 | |
| Small Wares | 311.11 | 1,524.71 | | 1,835.82 | |
| Outside Services | 4,464.52 | 718.66 | | 5,183.18 | |
| Professional Fees | 0.00 | - | | 0.00 | |
| Reconciliation Discrepancies | 0.00 | - | | 0.00 | |
| Royalty Fee | 43,792.47 | 8,994.33 | 16,117.09 | 68,903.89 | |
| Rent - DHC Realty | 150,000.00 | 30,000.00 | | 180,000.00 | |
| Marketing | 6,779.95 | 3,265.30 | | 10,045.25 | |
| Utilities | 57,777.19 | 8,223.39 | | 66,000.58 | |
| Uniforms | 188.36 | - | | 188.36 | |
| Taxes | 73,284.37 | 14,860.77 | 25,780.36 | 113,925.50 | |
| Travel & Entertainment | 111.74 | 38.11 | | 149.85 | |
| Licenses / Permits | 0.00 | - | | 0.00 | |
| Dues, Fees & Subscriptions | 0.00 | - | | 0.00 | |
| **Total Expense** | 656,025.91 | 152,082.76 | 87918.70827 | 896,027.38 | 922,908.20 |
| **Net Ordinary Income** | (85,470.82) | (34,927.74) | 121,394.11 | 995.55 | 104,825.83 |

EXHIBIT "2"

## El Paso DHC Enterprises West, LLC
## Projection 2012

| | | | | | |
|---|---|---|---|---|---|
| Other Income | 2,153.45 | 169.75 | | 2,323.20 | |
| Rebates | 9,877.54 | | | 9,877.54 | |
| Total Other Income | 12,030.99 | 169.75 | | 12,200.74 | |
| Operating Income | (73,439.83) | (34,757.99) | 121,394.11 | 13,196.29 | 104,825.83 |
| | | | Rents | 180,000.00 | 180,000.00 |
| | | | Available for Taxes/Creditors | 193,196.29 | 284,825.83 |