## El Paso DHC Enterprises West, LLC
## Projection 2012

| | Proj 2012 | Growth Operations | Growth Catering | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|
| | | 5% | 5% | | | Annual Projections | |
| **Ordinary Income/Expense** | | | | | | | |
| Catering | 442,194.43 | | | 464,304.15 | 487,519.36 | 511,895.32 | 537,490.09 |
| Operations | 1,182,592.48 | | | 1,241,722.10 | 1,303,808.21 | 1,368,998.62 | 1,437,448.55 |
| **Total Income** | 1,624,786.91 | | | 1,706,026.25 | 1,791,327.56 | 1,880,893.94 | 1,974,938.64 |
| Cost of Goods Sold | 597,052.88 | 35.53% | 40% | 626,905.52 | 658,250.80 | 691,163.34 | 725,721.51 |
| **Gross Profit** | 1,027,734.03 | | | 1,079,120.73 | 1,133,076.76 | 1,189,730.60 | 1,249,217.13 |
| | | Growth Expenses | | | | | |
| **Expense** | | 3% | | | | | |
| Total Expense | 922,908.20 | | | 950,595.45 | 979,113.31 | 1,008,486.71 | 1,038,741.31 |
| **Net Ordinary Income** | 104,825.83 | | | 128,525.28 | 153,963.46 | 181,243.89 | 210,475.82 |
| **Other Income/Expense** | | | | | | | |
| Other Income | | | | | | | |
| Rebates | | | | | | | |
| **Total Other Income** | | | | | | | |
| **Operating Income** | 104,825.83 | | | 128,525.28 | 153,963.46 | 181,243.89 | 210,475.82 |
| Rents | 180,000.00 | | | 180,000.00 | 180,000.00 | 180,000.00 | 180,000.00 |
| **Available for Taxes/Creditors** | 284,825.83 | | | 308,525.28 | 333,963.46 | 361,243.89 | 390,475.82 |

**EXHIBIT "3"** (tabbies)