B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re DHC Realty, LLC

Case No. 11-30977

Chapter 11

## AMENDED
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $8,310,000.00 | | |
| B - Personal Property | Yes | 5 | $1,137,644.88 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $5,980,430.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $1,964,208.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 16 | $9,447,644.88 | $7,944,639.02 | |

EXHIBIT "4"

ELECTRONICALLY FILED
DOC# 12  6-23-11 / yb

11-30977-hcm Doc#38-5 Filed 12/13/11 Entered 12/13/11 23:40:20 Exhibit Exhibit 4
Amended Bankruptcy Schedules Pg 2 of 19

B6A (Official Form 6A) (12/07)

In re  DHC Realty, LLC

Case No. **11-30977**
(if known)

## AMENDED
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| 7942 Gateway East, El Paso, TX 79915 (Value includes personalty; amount of secured claim includes equipment and land loans). | Fee Simple | $2,800,000.00 | $1,300,534.58 |
| 5030 North Desert Blvd., El Paso, TX 79912 (Value includes personalty; amount of secured claim includes equipment and land loans). | Fee Simple | $2,860,000.00 | $1,413,987.97 |
| 1887 North Zaragosa, El Paso, Texas 79936 (Value includes personalty; amount of secured claim includes equipment and land loans). | Fee Simple | $2,650,000.00 | $1,610,341.19 |

Total: $8,310,000.00
(Report also on Summary of Schedules)

11-30977-hcm Doc#38-5 Filed 12/13/11 Entered 12/13/11 23:40:20 Exhibit Exhibit 4
Amended Bankruptcy Schedules Pg 3 of 19

B6B (Official Form 6B) (12/07)

In re DHC Realty, LLC        Case No. __11-30977__
                                                                                                          (if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | GECU Bank Acct #825XXXX<br><br>GECU Member Account #47XXXX<br><br>Chase Acct #XXXXX2389 | $9.43<br><br>$20.25<br><br>$228.13 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |

In re DHC Realty, LLC       Case No. __11-30977__
(if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Due from Fuddruckers East | $240,000.00 |
| | | Due from Fuddruckers Far East | $405,948.30 |
| | | Due from Fuddruckers West | $313,638.53 |
| | | Due from DHC Ralner, LLC | $10.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |

11-30977-hcm Doc#38-5 Filed 12/13/11 Entered 12/13/11 23:40:20 Exhibit Exhibit 4 Amended Bankruptcy Schedules Pg 5 of 19

B6B (Official Form 6B) (12/07) – Cont.

In re **DHC Realty, LLC**  Case No. **11-30977**
(if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 2

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Loan Origination Fees ($59,415.30 is carried on the Debtor's balance sheet; the actual value of this "asset" is dependent on the existence of taxable income that it can offset as it is amortized for tax purposes) | Unknown |
| | | Claim against K Simon Construction of Texas, Inc. Actual damages: $150,000.00 plus DTPA trebling and attorney's fees. Filed as counterclaim to collection suit for $31,046.25, interest and attorney's fees. | Unknown |
| | | Claims Against GECU asserted in Adversary No. 11-03012-hcm | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |

11-30977-hcm Doc#38-5 Filed 12/13/11 Entered 12/13/11 23:40:20 Exhibit Exhibit 4 Amended Bankruptcy Schedules Pg 6 of 19

B6B (Official Form 6B) (12/07) -- Cont.

In re DHC Realty, LLC          Case No. __11-30977__
                                                                                              (if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 3

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Trailer Equipment (Catering Trailers)<br><br>Box Tail Truck | $15,653.10<br><br>$6,757.49 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture, fixtures and Restaurant Decor | $42,937.15 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment located at 7942 Gateway East, El Paso, Texas; Equipment located at 5030 N. Desert Blvd., El Paso, Texas 79912; and, Equipment located at 1887 North Zaragosa, El Paso, Texas 79936*<br>*the total book value of the equipment is $883,881.42, less depreciation, and the value for purposes of these Schedules is contained in the value stated in Schedule A | $0.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |

In re **DHC Realty, LLC**      Case No. **11-30977**
(if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Neon Signs | $112,442.50 |

__4__ continuation sheets attached    **Total >**    **$1,137,644.88**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

11-30977-hcm Doc#38-5 Filed 12/13/11 Entered 12/13/11 23:40:20 Exhibit Exhibit 4 - Amended Bankruptcy Schedules Pg 8 of 19

B6D (Official Form 6D) (12/07)

In re **DHC Realty, LLC**  Case No. **11-30977** (if known)

## AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | DATE INCURRED: 2009-2010<br>NATURE OF LIEN: Taxes<br>COLLATERAL: Land & Equipment 7942 Gateway East, El Paso, T<br>REMARKS:<br>VALUE: $0.00 | | | | $60,332.01 | $60,332.01 |
| ACCT #:<br>City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | DATE INCURRED: 2009-2010<br>NATURE OF LIEN: Taxes<br>COLLATERAL: Land & Equipment located at 5030 N. Desert Blvd.<br>REMARKS:<br>VALUE: $0.00 | | | | $115,686.57 | $115,686.57 |
| ACCT #:<br>City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | DATE INCURRED: 2009-2010<br>NATURE OF LIEN: Taxes<br>COLLATERAL: Land & Equipment at 1887 N. Zaragosa El Paso, T<br>REMARKS:<br>VALUE: $0.00 | | | | $84,069.45 | $84,069.45 |
| ACCT #: xxxx2940<br>GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | X | DATE INCURRED:<br>NATURE OF LIEN: Loans<br>COLLATERAL: 7942 Gateway East, El Paso, Texas 79915<br>REMARKS:<br>VALUE: $2,800,000.00 | X | X | X | $1,206,954.24 | |

Subtotal (Total of this Page) >   $1,467,042.27   $260,088.03
Total (Use only on last page) >

___2___ continuation sheets attached

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

11-30977-hcm Doc#38-5 Filed 12/13/11 Entered 12/13/11 23:40:20 Exhibit Exhibit 4
Amended Bankruptcy Schedules Pg 9 of 19

B6D (Official Form 6D) (12/07) - Cont.

In re  DHC Realty, LLC                                Case No. 11-30977
                                                              (if known)

## AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx2941 GECU 1225 Airway Blvd. El Paso, TX 79925 | X | DATE INCURRED: NATURE OF LIEN: Loans COLLATERAL: Restaurant Equipment located at 7942 Gateway E REMARKS: VALUE: $0.00 | X | X | X | $93,580.34 | $93,580.34 |
| ACCT #: xxxx2944 GECU 1225 Airway Blvd. El Paso, TX 79925 | X | DATE INCURRED: NATURE OF LIEN: Loans COLLATERAL: 5030 N. Desert Blvd., El Paso, TX 79912 REMARKS: VALUE: $2,860,000.00 | X | X | X | $1,298,128.69 | |
| ACCT #: xxxx2945 GECU 1225 Airway Blvd. El Paso, TX 79925 | X | DATE INCURRED: NATURE OF LIEN: Loans COLLATERAL: Equipment Located at 5030 N. Desert Blvd. REMARKS: VALUE: $0.00 | X | X | X | $116,799.59 | $116,799.59 |
| ACCT #: xxxx2942 GECU 1225 Airway Blvd. El Paso, TX 79925 | X | DATE INCURRED: NATURE OF LIEN: Loans COLLATERAL: 1887 N. Zaragosa, El Paso, Texas 79936 REMARKS: VALUE: $2,650,000.00 | X | X | X | $1,533,669.83 | |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > $3,042,178.45   $210,379.93

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re DHC Realty, LLC     Case No. 11-30977
                                    (if known)

## AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx2943<br>GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | X | DATE INCURRED:<br>NATURE OF LIEN: Loans<br>COLLATERAL: Equipment located at 1887 Zaragosa<br>REMARKS:<br>VALUE: $0.00 | X | X | X | $140,163.40 | $140,163.40 |
| ACCT #: xxxx4040<br>GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 | | DATE INCURRED:<br>NATURE OF LIEN: Other<br>COLLATERAL: 7942 Gateway East, 1887 Zaragosa & 5030 N. Des(<br>REMARKS: Guaranty of Basic Sports Apparel, Inc. Line of Credit; Second lien<br>VALUE: $8,310,000.00 | X | X | X | $1,300,000.00 | |
| ACCT #:<br>K Simon Construction of Texas<br>c/o Robert M. Lovein<br>109 River Oaks Drive, Ste. 100<br>Southlake, TX 76092 | | DATE INCURRED: April 2010<br>NATURE OF LIEN: Other<br>COLLATERAL: 7942 Gateway East, El Paso, TX<br>REMARKS: Lien for work at 7942 Gateway East ; subject of Case No. 2010-3271, pending in El Paso County Court at Law #3<br>VALUE: $0.00 | X | X | X | $31,046.35 | $31,046.35 |

Sheet no. 2 of 2 continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > $1,471,209.75 | $171,209.75
Total (Use only on last page) > $5,980,430.47 | $641,677.71

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re DHC Realty, LLC      Case No. __11-30977__
(If Known)

## AMENDED
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____No_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **DHC Realty, LLC**　　　　　　　　　　　Case No. **11-30977**
(if known)

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Abraham Chowaiki<br>1037 Singing Hills<br>El Paso, TX 79912 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $160,250.31 |
| ACCT #:<br>Basic Sports Apparel, Inc.<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $1,008,826.23 |
| ACCT #:<br>Chowaiki Holdings, LLC<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $31,966.99 |
| ACCT #:<br>Comptroller Public Account<br>P.O. Box 149348<br>Austin, TX 78714-9348 | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>David Aelvoet<br>Linbarger, Goggan, Blair<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>David Chowaiki<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $231,478.96 |
| | | | | | Subtotal > | $1,432,522.49 |
| | | | | | Total > | |

___2___ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **DHC Realty, LLC**      Case No. **11-30977**
(if known)

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>El Paso DHC Enterprises, LLC<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $296,414.85 |
| ACCT #:<br>El Paso Central Appraisal District<br>5801 Trowbridge<br>El Paso, TX 79925 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>El Paso DHC Ent. Far East<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $42,184.96 |
| ACCT #:<br>El Paso DHC Ent. West<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $16,141.04 |
| ACCT #:<br>Hilel Chowaiki<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION:<br>Loans<br>REMARKS: | | | | $37,972.52 |
| ACCT #:<br>Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $392,713.37

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **DHC Realty, LLC**        Case No. **11-30977**
(if known)

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Nadia Nahmed<br>1037 Singing Hills<br>El Paso, TX 79912 | | DATE INCURRED:<br>CONSIDERATION: Loans<br>REMARKS: | | | | $134,972.69 |
| ACCT #:<br>Spira Sportswear, LLC<br>301 Williams<br>El Paso, TX 79901 | | DATE INCURRED:<br>CONSIDERATION: Loans<br>REMARKS: | | | | $4,000.00 |
| ACCT #:<br>Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 East 15th Street<br>Austin, TX 78778 | | DATE INCURRED:<br>CONSIDERATION: Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>United States Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, Texas 78216 | | DATE INCURRED:<br>CONSIDERATION: Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, D.C. 20530 | | DATE INCURRED:<br>CONSIDERATION: Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>United States Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295 | | DATE INCURRED:<br>CONSIDERATION: Trustee<br>REMARKS: | | | | $0.00 |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $138,972.69

Total >    $1,964,208.55
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **DHC Realty, LLC**        Case No. **11-30977**
(if known)

*AMENDED*
# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Chowaiki Holdings, LLC**<br>301 Williams<br>El Paso, TX 79901 | Management Agreement<br>Contract to be ASSUMED |
| **El Paso DHC Ent. Far East**<br>301 Williams<br>El Paso, TX 79901 | Lease of 1887 North Zaragosa El Paso, TX 79936 |
| **El Paso DHC Ent. West**<br>301 Williams<br>El Paso, TX 79901 | Lease of 5030 N. Desert, El Paso, TX 79912 |
| **El Paso DHC Ent., LLC**<br>301 Williams<br>El Paso, TX 79901 | Lease of 7942 Gateway East, El Paso, TX |

B6H (Official Form 6H) (12/07)

In re **DHC Realty, LLC**            Case No. **11-30977**
(if known)

## AMENDED
## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **David & Hilel Chowaiki**<br>301 Williams<br>El Paso, Texas 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Ent. Far East**<br>301 Williams<br>El Paso, TX 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |

11-30977-hcm Doc#38-5 Filed 12/13/11 Entered 12/13/11 23:40:20 Exhibit Exhibit 4 Amended Bankruptcy Schedules Pg 17 of 19

B6H (Official Form 6H) (12/07) - Cont.

In re  DHC Realty, LLC                                   Case No.  **11-30977**
                                                                    (if known)

## AMENDED
## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **El Paso DHC Ent. Far East**<br>301 Williams<br>El Paso, TX 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Ent. West**<br>301 Williams<br>El Paso, TX 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Ent. West**<br>301 Williams<br>El Paso, TX 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Enterprises**<br>301 Williams<br>El Paso, TX 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |
| **El Paso DHC Enterprises**<br>301 Williams<br>El Paso, TX 79901 | GECU<br>1225 Airway Blvd.<br>El Paso, TX 79925 |

B6 Declaration (Official Form 6 - Declaration)

In re **DHC Realty, LLC**        Case No. **11-30977**
                                                                                                                        (if known)

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**17**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **6/23/2011**        Signature _David Chowaiki_ (signed)

                                                             **David Chowaiki**
                                                             **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**Miscellaneous:**

1-30977-hcm DHC Realty, LLC
Type: bk          Chapter: 11 v          Office: 3 (El Paso)
Assets: y         Judge: hcm

## U.S. Bankruptcy Court

## Western District of Texas

Notice of Electronic Filing

The following transaction was received from Corey W. Haugland entered on 6/23/2011 at 12:35 PM CDT and filed on 6/23/2011
**Case Name:**          DHC Realty, LLC
**Case Number:**        11-30977-hcm
**Document Number:** 12

**Docket Text:**
Amended Schedules and Summary: Amended Schedule(s): A,B,D,F,&G, ( Filing Fee: $ 26.00 ) filed by Corey W. Haugland for Debtor DHC Realty, LLC. -Declaration for Electronic Filing due by 06/30/2011 (Haugland, Corey)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\_0623085152_001.pdf
**Electronic document Stamp:**
STAMP bkecfStamp_ID=988230274 [Date=6/23/2011] [FileNumber=15869871-0
[26a90ffd755194baa0c00b51b783098fd1fe7a060eaa47623ac0bc30b240ca74637
a967ca97a438ff3818db56d7ca4390050bd701201a09e30c76bac91c20ba]]

**1-30977-hcm Notice will be electronically mailed to:**

David G. Aelvoet on behalf of Creditor City of El Paso
davida@publicans.com

Corey W. Haugland on behalf of Debtor DHC Realty, LLC
haugland@jghpc.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

**1-30977-hcm Notice will not be electronically mailed to:**

Steven Lovett on behalf of Defendant GECU
P.O. Box 457
Las Cruces, NM 88004

https://ecf.txwb.uscourts.gov/cgi-bin/Dispatch.pl?888190010177576                        6/23/2011