| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2010, or tax year beginning _____, 2010, ending _____, 20 ___ ▶ See separate instructions. | **2010** |

| **A** Principal busn. activity RENTAL | Print or type. | Name of partnership DHC REALTY LLC | **D** Employer ID number 20-0119951 |
|---|---|---|---|
| **B** Principal product/service COMMERCIAL | | Number, street, and room or suite no. If a P.O. box, see the instructions. 301 WILLIAMS ST | **E** Date business started 07-18-2003 |
| **C** Business code number 531120 | | City or town, state, and ZIP code El Paso TX 79901 | **F** Total assets (see instructions) $ 5,676,741 |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return (6) ☐ Technical termination -- also check (1) or (2)

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**J** Check if Schedules C and M-3 are attached .................................................................. ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | | |
| | b | Less returns and allowances | 1b | 1c | 0 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 0 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | 52,344 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| | 7 | Other income (loss) (attach statement) #1 | | 7 | 69 |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 | 52,413 |
| **Deductions** (see the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | |
| | 10 | Guaranteed payments to partners | | 10 | |
| | 11 | Repairs and maintenance | | 11 | |
| | 12 | Bad debts | | 12 | |
| | 13 | Rent | | 13 | |
| | 14 | Taxes and licenses | | 14 | |
| | 15 | Interest | | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | 205,619 | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 205,619 | 16c |
| | 17 | Depletion (Do not deduct oil and gas depletion.) | | 17 | |
| | 18 | Retirement plans, etc | | 18 | |
| | 19 | Employee benefit programs | | 19 | |
| | 20 | Other deductions (attach statement) #2 | | 20 | 29,708 |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 29,708 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | 22 | 22,705 |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ CLIENT'S COPY ▶ _____
Signature of general partner or limited liability company member manager      Date

May the IRS discuss this return with the preparer shown below (see inst.)? ☐ Yes ☒ No

| **Paid Preparer Use Only** | Print/Type preparer's name Roberto G Torres CP | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00296980 |
|---|---|---|---|---|---|
| | Firm's name ▶ Roberto G Torres & Company | | | Firm's EIN ▶ 33-1036600 | |
| | Firm's address ▶ 121 Paragon El Paso TX 79912 | | | Phone no. (915) 584-5059 | |

For Paperwork Reduction Act Notice, see separate instructions.     Form **1065** (2010)

JVA   10  106512   TWF 38887   Copyright Forms (Software Only) - 2010 TW

EXHIBIT "5"

Form 1065 (2010)     DHC REALTY LLC   20-0119951     Page **2**

### Schedule A   Cost of Goods Sold (see the instructions)

| # | Item | Amount |
|---|------|--------|
| 1 | Inventory at beginning of year | |
| 2 | Purchases less cost of items withdrawn for personal use | |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) | |
| 6 | **Total.** Add lines 1 through 5 | |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | |

9a   Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ▶

b   Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
c   Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
d   Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No
e   Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
    If "Yes," attach explanation.

### Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☒ Domestic general partnership    b ☐ Domestic limited partnership | | |
| c | ☐ Domestic limited liability company    d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership    f ☐ Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

b   Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............ X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

JVA   10 106512   TWF 36888   Copyright Forms (Software Only) - 2010 TW     Form **1065** (2010)

Form 1065 (2010)     DHC REALTY LLC    20-0119951     Page **3**

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details ............ | | X |
| 6 | Does the partnership satisfy all four of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 ................................................... | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? .................................... | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ..................................................................... | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ................................................................................ | | X |
| 10 | At any time during calendar year 2010, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ | | X |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions ......................................... | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ........................ | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions .......................... | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ................ | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ............................................................................... | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP | ▶ HILEL CHOWAIKI | Identifying number of TMP | ▶ — — — — — — |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative | ▶ | Phone number of TMP | ▶ |
| Address of designated TMP | ▶ 301 WILLIAMS ST<br>▶ El Paso TX 79901 | | |

JVA    10   106534    TWF 38889    Copyright Forms (Software Only) - 2010 TW        Form **1065** (2010)

Form 1065 (2010)  DHC REALTY LLC  20-0119951  Page 4

| Schedule K | | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | 22,705 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | -816 |
| | 3a | Other gross rental income (loss) ........ 3a | | |
| | b | Expenses from other rental activities (attach statement) .... 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments | 4 | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends: a Ordinary dividends | 6a | |
| | | b Qualified dividends ....... 6b | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) ....... 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) .... 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | 13d | |
| Self-Employment | 14a | Net earnings (loss) from self-employment | 14a | |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e | Other rental credits (see instructions) Type ▶ | 15e | |
| | f | Other credits (see instructions) Type ▶ | 15f | |
| Foreign Transactions | 16a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Passive category▶ e General category▶ f Other ▶ | 16f | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ▶ h Other ▶ | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive category▶ j General category▶ k Other ▶ | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | 16m | |
| | n | Other foreign tax information (attach statement) | | |
| Alternative Min. Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | 17a | -52,332 |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties -- gross income | 17d | |
| | e | Oil, gas, and geothermal properties -- deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| Other Information | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses ............#3 | 18c | 222 |
| | 19a | Distributions of cash and marketable securities | 19a | |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |

JVA  10  106534  TWF 38890  Copyright Forms (Software Only) - 2010 TW  Form 1065 (2010)

Form 1065 (2010)    DHC REALTY LLC   20-0119951    Page **5**

### Analysis of Net Income (Loss)

1. Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l ............ | **1** | 21,889

2. Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | 21,889 | | | |

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 4,120 | | 809 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | #5 | 1,080,000 |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 4,243,966 | | 4,243,966 | |
| b | Less accumulated depreciation | 1,420,743 | 2,823,223 | 1,626,362 | 2,617,604 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 1,978,328 | | 1,978,328 |
| 12a | Intangible assets (amortizable only) | 68,708 | | 68,708 | |
| b | Less accumulated amortization | 39,630 | 29,078 | 68,708 | |
| 13 | Other assets (attach statement) | | 250,292 | | |
| 14 | Total assets | | 5,085,041 | | 5,676,741 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | 205,554 |
| 17 | Other current liabilities (attach statement) | | | #6 | |
| 18 | All nonrecourse loans | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | 4,637,553 | | 4,246,798 |
| 20 | Other liabilities (attach statement) | | 1,461,559 | #7 | 2,216,165 |
| 21 | Partners' capital accounts | | -1,014,071 | | -991,776 |
| 22 | Total liabilities and capital | | 5,085,041 | | 5,676,741 |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 22,296 | 6 | Income recorded on books this year not included on Sch. K, lines 1-11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt int. $ | | |
| 3 | Guaranteed pymts. (other than health ins.) | | 7 | Deductions included on Sch. K, lines 1 through 13d, and 16l, not charged against book inc. this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation $    629 | #4 | 629 |
| a | Depreciation $ | | | | | |
| b | Travel and entertainment $ | | 8 | Add lines 6 and 7 | | 629 |
| | Nondeduct Exp   222 | 222 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | 21,889 |
| 5 | Add lines 1 through 4 | 22,518 | | | | |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -1,014,072 | 6 | Distributions: a Cash | | |
| 2 | Capital contributed: a Cash | | 7 | Other decreases (itemize):   b Property | | |
| | b Property | | | | | |
| 3 | Net income (loss) per books | 22,296 | | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | | |
| 5 | Add lines 1 through 4 | -991,776 | 9 | Balance at end of year. Subtract line 8 from line 5 | | -991,776 |

JVA   10   10655    TWF 38891    Copyright Forms (Software Only) - 2010 TW      Form **1065** (2010)

# SCHEDULE B-1 (Form 1065)
(December 2009)
Department of the Treasury
Internal Revenue Service

## Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065. See instructions.

OMB No. 1545-0099

| Name of partnership | Employer identification number (EIN) |
|---|---|
| DHC REALTY LLC | 20-0119951 |

### Part I — Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

### Part II — Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| David Chowaiki | ___-__-__13 | US | 50.0000 |
| Hilel Chowaiki | ___-__-____ | US | 50.0000 |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.  Schedule B-1 (Form 1065) (12-2009)

JVA  10  SCHB1  TWF 44590  1065B1  Copyright Forms (Software Only) - 2010 TW

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**

▶ See separate instructions.   ▶ Attach to your tax return.

OMB No. 1545-0172

**2010**

Attachment Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| DHC REALTY LLC | FOR FORM 8825 #1 | 20-0119951 |

**Part I** Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum amount (see instructions) | 1 | |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 500,000 |

| 6 | (a) Description of property | (b) Cost (busn. use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 ... | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2009 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 500,000 |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2011. Add lines 9 and 10, less line 12 ... ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2010 | 17 | 205,619 |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2010 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (business/investment use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2010 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations – see instructions | 22 | 205,619 |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2010)

JVA   10   45621   TWF 38848   Copyright Forms (Software Only) - 2010 TW

Form 4562 (2010)  DHC REALTY LLC  20-0119951  Page 2

## Part V  Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)  FOR FORM 1065

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A -- Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support business/investment use claimed? [ ] Yes [ ] No    24b If "Yes," is the evidence written? [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Busn./ investment use percentage | (d) Cost or other basis | (e) Basis for depr. (busn./investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ........................ | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............... | | | | | | | 28 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ..................................... | | | | | | | | 29 |

### Section B -- Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) .................... | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ......................... | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ................... | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? .................. | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ........ | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ................................ | | | | | | | | | | | | |

### Section C -- Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ............................................................................................................... | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ...................... | | |
| 39 Do you treat all use of vehicles by employees as personal use? ............................................................ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................................................................................. | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) ................... | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2010 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2010 tax year ................................ | | | | 43 | 29,708 |
| 44 Total. Add amounts in column (f). See the instructions for where to report .................. | | | | 44 | 29,708 |

JVA  10  45622  TWF 38849  Copyright Forms (Software Only) - 2010 TW                          Form **4562** (2010)

Form **8825**
(Rev. December 2010)
Department of the Treasury
Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation
► See instructions.
► Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

| Name | Employer identification no. |
|---|---|
| DHC REALTY LLC | 20-0119951 |

**1** Show the type and address of each property. For each rental estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property — street, city, state, ZIP code | Type — Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| A | 7942 GATEWAY EAST<br>El Paso TX 79915 | C | 365 | 0 |
| B | 5030 N DESERT BLVD<br>El Paso TX 79912 | C | 365 | 0 |
| C | 1887 N ZARAGOZA, EL PASO, TX<br>El Paso TX 79936 | C | 365 | 0 |
| D | | | | |

| | Rental Real Estate Income | | Properties | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| 2 | Gross rents | 2 | 180,000 | 180,000 | 180,000 | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | | | | |
| 8 | Legal and other professional fees | 8 | | | | |
| 9 | Interest | 9 | 96,582 | 96,582 | 96,582 | |
| 10 | Repairs | 10 | 704 | 704 | 703 | |
| 11 | Taxes | 11 | 30 | 30 | 31 | |
| 12 | Utilities | 12 | | | | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | 28,562 | 78,260 | 98,797 | |
| 15 | Other (list) ►<br>SEE ATTACHMENT | 15 | 14,417 | 14,417 | 14,415 | |
| 16 | Total expenses for each property.<br>Add lines 3 through 15 | 16 | 140,295 | 189,993 | 210,528 | |
| 17 | Income or (Loss) from each property.<br>Subtract line 16 from line 2 | 17 | 39,705 | -9,993 | -30,528 | |

| | | | |
|---|---|---|---|
| 18a | Total gross rents. Add gross rents from line 2, columns A through H | 18a | 540,000 |
| b | Total expenses. Add total expenses from line 16, columns A through H | 18b | ( 540,816 ) |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed: | | |

(1) Name                          (2) Employer identification number

| | | | |
|---|---|---|---|
| 21 | Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on:<br>• Form 1065 or 1120S: Schedule K, line 2, or<br>• Form 1065-B: Part I, line 4 | 21 | -816 |

For Paperwork Reduction Act Notice, see instructions.    Form **8825** (12-2010)

JVA   10  882512   TWF 43083   Copyright Forms (Software Only) - 2010 TW

## 2010 FORM 8825 -- OTHER EXPENSES ATTACHMENT

DHC REALTY LLC
20-0119951

Form 8825 1

| Property A: | | Property B: | |
|---|---|---|---|
| Management Fees | 4836 | Management Fees | 4836 |
| Supplies | 1709 | Supplies | 1709 |
| Bank charges | 7189 | Bank charges | 7189 |
| Lease | 648 | Lease | 648 |
| Licences | 35 | Licences | 35 |
| TOTAL TO PROPERTY A | 14417 | TOTAL TO PROPERTY B | 14417 |

| Property C: | | Property D: |
|---|---|---|
| Management Fees | 4835 | |
| Supplies | 1706 | |
| Bank charges | 7190 | |
| Lease | 648 | |
| Licences | 36 | |
| TOTAL TO PROPERTY C | 14415 | |

## 2010 DETAIL STATEMENTS

DHC REALTY LLC
20-0119951                                                                                        Page 1

STATEMENT #1 - Other Income (Loss) (1065 PG 1 LINE 7)

    Other Income (Loss):
      Miscellaneous Incom...................    69
    TOTAL Other Income (Loss)........................         69

TOTAL CARRIED TO 1065 PG 1 LINE 7...........................              69

---

STATEMENT #2 - Other Deductions (1065 PG 1 LINE 20)

    Other Deductions:
      Amortization..........................   29,708
    TOTAL Other Deductions..........................        29,708

TOTAL CARRIED TO 1065 PG 1 LINE 20..........................          29,708

---

STATEMENT #3 - NONDEDUCTIBLE EXPENSES (1065 PG 4 LINE 18c)

    Code C - Fines and Penalties                              222

TOTAL CARRIED TO 1065 PG 4 LINE 18c.........................             222

---

STATEMENT #4 - Inc not on Sch K - Other+ (1065 PG 5 M-1 LN 7b)

    Amort..........................................          629

TOTAL CARRIED TO 1065 PG 5 M-1 LN 7b........................             629

---

STATEMENT #5 - End:Other Current Assets (1065 PG 5 SCH L LN 6)
                                                   Beginning          Ending
    Rent Receivable......................              0       1,080,000

TOTAL CARRIED TO 1065 PG 5 SCH L LN 6...........           0       1,080,000

---

STATEMENT #6 - End: Other Current Liabilities (1065 PG 5 SCHL LN 17)
                                                   Beginning          Ending
    ROUNDING
    BANK OVERDRAFT PER BOOKS

TOTAL CARRIED TO 1065 PG 5 SCHL LN 17

---

STATEMENT #7 - End: Other Liabilities (1065 PG 5 SCHL LN 20)
                                               Beginning          Ending
    Loans - Related parties..............         1,461,559       2,216,165

TOTAL CARRIED TO 1065 PG 5 SCHL LN 20...........    1,461,559       2,216,165

## 2010 DETAIL STATEMENTS

DHC REALTY LLC
20-0119951 Page 2

```
STATEMENT #8 - Other - Supplies (FORM 8825 PROP #1 LINE 15)

    Supplies - Office...............................        3
    Supplies - vending.............................      292
    Supplies - other...............................    1,414

TOTAL CARRIED TO FORM 8825 PROP #1 LINE 15..............    1,709


STATEMENT #9 - Other - Supplies (FORM 8825 PROP #2 LINE 15)

    Supplies - Office...............................        3
    Supplies - vending.............................      292
    Supplies - other...............................    1,414

TOTAL CARRIED TO FORM 8825 PROP #2 LINE 15..............    1,709


STATEMENT #10 - Other - Supplies (FORM 8825 PROP #3 LINE 15)

    Supplies - Office...............................        2
    Supplies - vending.............................      291
    Supplies - other...............................    1,413

TOTAL CARRIED TO FORM 8825 PROP #3 LINE 15..............    1,706
```

## 2010 SELF-EMPLOYMENT WORKSHEET

DHC REALTY LLC
20-0119951

| | | |
|---|---|---:|
| 1a. | Ordinary income (loss) (Schedule K, line 1) .................. 1a. | 22,705 |
| b. | Net income (loss) from **CERTAIN** rental real estate activities (see instr) ....... b. | |
| c. | Net income (loss) from other rental activities (Schedule K, line 3c) ........... c. | |
| d. | Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount ............................................. d. | |
| e. | Combine lines 1a through 1d ..................................... e. | 22,705 |
| 2. | Net gain from Form 4797, Part II, line 17, included on line 1a above ......... 2. | |
| 3a. | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2 .......................................... 3a. | 22,705 |
| b. | Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs .................................... b. | 22,705 |
| c. | Subtract line 3b from line 3a. If line 3a is a loss, reduce the loss on line 3a by the amount on line 3b. Include each individual general partner's share on line 14a of Schedule K-1................................... c. | |
| 4a. | Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) (see instructions) .............. 4a. | |
| b. | Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs ............ b. | |
| c. | Subtract line 4b from line 4a. Include each individual general partner's share and each individual limited partner's share on line 14a of Schedule K-1 ............................................... c. | |
| 5. | Net earning (loss) from self-employment. Combine line 3c and 4c. Enter here and on Schedule K, line 14a ...... 5. | |

## 2010 PARTNERS CAPITAL ACCOUNT SUMMARY

DHC REALTY LLC  20-0119951

| Partner Number | Profit Sharing Percentage | Capital at Beginning of Year | Capital Contributed | Partners' Share of Lines 3, 4 & 7, Sch M-2 | Withdrawals & Distribution | Capital at End of Year |
|---|---|---|---|---|---|---|
| #1 | 50.00 | -507,036 | 0 | 11,149 | 0 | -495,887 |
| #2 | 50.00 | -507,036 | 0 | 11,147 | 0 | -495,889 |
| TOTALS | 100.00 | -1,014,072 | 0 | 22,296 | 0 | -991,776 |