

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 10, 2012.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| DHC REALTY, LLC | § | CASE NO. 11-30977-hcm |
| | § | |
| Debtor. | § | (Chapter 11) |

### ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY

On April 10, 2012, the Court conducted a status hearing on the Motion for Relief from Automatic Stay ("Motion") (dkt no. 25) filed by Government Employees Credit Union ("GECU"). Counsel for GECU and the Debtor appeared. At the hearing, counsel for GECU advised the Court that it desired to withdraw the Motion without prejudice.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Relief from Automatic Stay is hereby withdrawn without prejudice.

###

1